IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.                                              Criminal No. 1:25cr07

KYTEEM LAMAR PULLIUM

**MOTION FOR PRELIMINARY ORDER OF CRIMINAL FORFEITURE
AGAINST KYTEEM LAMAR PULLIUM**

AND NOW comes the United States of America by and through its counsel, Troy Rivetti, United States Attorney for the Western District of Pennsylvania, and Jill L. Locnikar, Assistant United States Attorney for the Western District of Pennsylvania, and pursuant to Federal Rule of Criminal Procedure 32.2, respectfully moves for a preliminary order of forfeiture, and in support thereof, represents as follows:

1.      On January 8, 2026, Kyteem Lamar Pullium ("Pullium") entered a plea of guilty to Count Two of the Indictment at Criminal No. 1:25cr07.   Pullium also agreed to forfeit all right, title, and interest in the following property (the "Subject Property"), to the United States, pursuant to 21 U.S.C. § 853:

     a.      a Smith and Wesson Model 642, 38 caliber, bearing serial number CNE2691;

     b.      a Glock Model 27, 40 caliber, bearing serial number BMVA519;

     c.      a Hi-Point Model CF, 380 caliber bearing serial number P8053345;

     d.      a privately made 9mm firearm with no serial number; and

     e.      $1,836.00 in United States currency.

2.      The United States respectfully requests that the Court enter a Preliminary Order of Criminal Forfeiture and that the forfeiture of Pullium's interest in the Subject Property be

incorporated into his sentence and judgment pursuant to Rule 32.2 of the Federal Rules of

Criminal Procedure.

3.    Upon the issuance of the Preliminary Order of forfeiture against Pullium, the

United States will provide written notice to all third parties, if any, known to the United States

who may have an interest in the Subject Property.   The United States will also advertise notice

of this forfeiture proceeding via the government's internet forfeiture website.


WHEREFORE, the United States respectfully requests that this Honorable Court enter a

Preliminary Order of Criminal Forfeiture forfeiting to the United States all right, title, and

interest of the defendant in the Subject Property, and that the forfeiture of the defendant's interest

in the Subject Property be incorporated into his sentence and judgment.


Respectfully submitted,

TROY RIVETTI
United States Attorney


*/s/ Jill L. Locnikar*
JILL L. LOCNIKAR
Assistant U.S. Attorney
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 894-7429
(412) 644-6995 (fax)
jill.locnikar@usdoj.gov
PA ID No. 85892 (AFF)

## CERTIFICATE OF SERVICE

I hereby certify that the United States' Motion for Preliminary Order of Criminal Forfeiture against Kyteem Lamar Pullium has been served through the electronic filing system this 13th day of May, 2026, upon the following:

Douglas H. Sullivan, Esquire
dougs@mplegal.com

/s/ Jill L. Locnikar
JILL L. LOCNIKAR
Assistant U.S. Attorney
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 894-7429
(412) 644-6995 (fax)
jill.locnikar@usdoj.gov
PA ID No. 85892 (AFF)